# Third District Court of Appeal
## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-0373 & 3D21-0668
Lower Tribunal No. 16-28602

_____

**Max Kraushaar, et al.,**
Appellants,

vs.

**Wells Fargo Bank, N.A., etc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Marrero, Chamizo, Marcer Law, LP, and Julio C. Marrero, for appellants.

Lapin & Leichtling, LLP, and Justin G. Prociv, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Tillman v. State, 471 So. 2d 32, 35 (Fla. 1985); Person

v. Bank of N.Y. Mellon Tr. Co., 201 So. 3d 842, 843 (Fla. 4th DCA 2016).